| | |
|---|---|
| DUANE MORRIS LLP<br>Karineh Khachatourian (CA SBN 202634)<br>kkhachatourian@duanemorris.com<br>Daniel T. McCloskey (CA SBN 191944)<br>dtmccloskey@duanemorris.com<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Telephone: (650) 847-4150<br>Facsimile: (650) 847-4151<br><br>Attorneys for Defendants<br>SQUARE ENIX, INC. and<br>CRYSTAL DYNAMICS, INC. | STEVE W. BERMAN (*pro hac vice*)<br>steve@hbsslaw.com<br>MARK S. CARLSON (*pro hac vice*)<br>markc@hbsslaw.com<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>RIO S. PIERCE (SBN 298297)<br>riop@hbsslaw.com<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>Attorneys for Plaintiffs<br>REARDEN LLC and<br>REARDEN MOVA LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>        Defendants. | Case No. 3:17-cv-04187-JST<br><br>**JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING FILING FIRST AMENDED COMPLAINT**<br><br><br>Judge:   Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiffs and Defendants in the above-captioned action, by and through their counsel of |
| 3 | record, stipulate as follows: |
| 4 | **WHEREAS**, on March 6, the Court granted Defendants' motions to dismiss Plaintiffs' |
| 5 | original complaints in the above-captioned cases in part, and dismissed certain claims without |
| 6 | prejudice (No. 17-cv-04187, Dkt. 48); |
| 7 | **WHEREAS**, Plaintiffs have provided Defendants with a proposed first amended |
| 8 | complaint after the Court's decision; |
| 9 | **WHEREAS**, Defendants do not object to the filing of the amended complaints, based on |
| 10 | Plaintiffs' agreement and the Court's approval of a stipulated schedule on motions to dismiss the |
| 11 | amended complaints that Defendants intend to file; |
| 12 | |
| 13 | **NOW THEREFORE**, for good cause, the parties stipulate as follows: |
| 14 | [1] Defendants do not oppose Plaintiffs' filing of the proposed First Amended |
| 15 | Complaints in the above-captioned cases. The Parties agree that by entering this Stipulation, |
| 16 | Defendants do not waive any objections to the amendments that may be asserted in motions to |
| 17 | dismiss or other appropriate motions. |
| 18 | [2] Defendants shall have 30 days from the date Plaintiffs file each First Amended |
| 19 | Complaint to file motions to dismiss them. |
| 20 | [3] Plaintiffs shall have 21 days from the date each such motion to dismiss is filed to |
| 21 | file their opposition. |
| 22 | [4] Defendants in each case shall have 21 days from the date the opposition brief is |
| 23 | filed to file their reply. |
| 24 | **IT IS SO STIPULATED.** |

|   |   |   |   |
|---|---|---|---|
| Dated: March 6, 2018 | | By: | DUANE MORRIS LLP<br><br>*/s/   Karineh Khachatourian*<br>Karineh Khachatourian<br>Daniel T. McCloskey<br><br>Attorneys for Defendants,<br>SQUARE ENIX, INC. and<br>CRYSTAL DYNAMICS, INC. |
| Dated: March 6, 2018 | | By: | HAGENS BERMAN SOBOL SHAPIRO<br><br>*/s/   Steve W. Berman*<br>Steve W. Berman (*Pro Hac Vice*)<br>Mark S. Carlson (*Pro Hac Vice*)<br>Rio S. Pierce<br><br>Attorneys for Plaintiffs,<br>REARDEN LLC and<br>REARDEN MOVA LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __March 8_____, 2018

IT IS SO ORDERED

*[signature]*

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Steve Berman, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Karineh Khachatourian concurred in the filing of this document.

*/s/ Steve Berman*