1  DUANE MORRIS LLP
   Karineh Khachatourian (CA SBN 202634)
2  kkhachatourian@duanemorris.com
   Daniel T. McCloskey (CA SBN 191944)
3  dtmccloskey@duanemorris.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1194
   Telephone: 650.847.4150
5  Facsimile: 650.847.4151

6  Attorneys for Defendants
   SQUARE ENIX, INC. and CRYSTAL DYNAMICS,
7  INC.

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11 | REARDEN LLC, REARDEN MOVA LLC, California limited liability companies, | Case No.: 3:17-cv-04187-JST |
12 | Plaintiff, | **DECLARATION OF BRIAN HORTON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
13 | v. | |
14 | CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation, | Date: June 14, 2018
Time: 2:00 p.m.
Dept.: Ctrm. 9, 19th Floor
Before: Judge Jon S. Tigar |
15 | Defendants. | |

DM2\8514203

I, Brian Horton, declare as follows:

1. I submit this Declaration in Support of Crystal Dynamics, Inc. and Square Enix, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. In making this declaration, it is not my intention, nor the intention of Crystal Dynamics and Square Enix, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2. I was employed by Crystal Dynamics from approximately August 2009 through December 2015 as a Senior Art Director and from January through December 2015 as a Game Director. I was a Game Director for the videogame *Rise of the Tomb Raider* (the "ROTR videogame"). As Game Director, I was responsible for managing the development of the overall game experience and game play for the ROTR videogame. My duties did not include the selection or direction of the performance capture methods or processes used in the ROTR videogame. I was not present for the performance capture sessions that were conducted for the ROTR videogame.

3. As Game Director, I was interviewed and spoke on various media platforms about the ROTR videogame during and after production of the game was completed. When I commented on the use of a performance motion capture method referred to as MOVA in such interviews, I relied on input from the marketing team. I did not have and do not have personal knowledge that performance captures generated using MOVA were in fact used in the ROTR videogame. I did not instruct or direct Digital Domain or any other person to use MOVA for the performance captures in the ROTR videogame. Irrespective of any statements by me in such speaking engagements, I do not know and do not have any personal knowledge that performance captures generated using MOVA were used in the ROTR videogame.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: February 11, 2018

*/s/ Brian Horton*
Brian Horton

1
DECLARATION OF BRIAN HORTON ISO MOTION FOR SUMMARY JUDGMENT; CASE NO. 3:17-CV-04187-JST