DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendants
SQUARE ENIX, INC. and CRYSTAL DYNAMICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendant. | Case No.: 3:17-cv-04187-JST<br><br>**DECLARATION OF RICHARD BRIGGS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 14, 2018<br>Time: 2:00 P.M.<br>Dept.: Ctrm. 9, 19th Floor<br>Before: Judge Jon S. Tigar |

I, Richard Briggs, declare as follows:

1. I submit this Declaration in Support of Crystal Dynamics, Inc. and Square Enix, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. In making this declaration, it is not my intention, nor the intention of Crystal Dynamics or Square Enix, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2. I am a Brand Director for Crystal Dynamics, and have been employed with the company since September 2012. As a Brand Director, I was primarily responsible for managing the brand identity of a videogame titled *Rise of the Tomb Raider* ("ROTR"), including the brand of its main protagonist, Lara Croft. My duties in connection with ROTR included ensuring that the brand tenets are maintained in the game, in promotional materials for the game and across media platforms. As part of this role, requests for interviews and public statements about ROTR were generally directed through me and our public relations team.

3. In July, 2014, representatives of Camilla Luddington, the actor who portrays Lara Croft in ROTR, contacted me and asked whether Ms. Luddington could in a few weeks tweet out a picture of herself wearing makeup as part of a process she understood was called "mova." At that time, I did not know what MOVA was and I did not know what motion capture methodology would be used in the game. I obtained and conveyed to Ms. Luddington's representative some general information about MOVA that would enable Ms. Luddington and others to describe it. I have no personal knowledge that any MOVA program, systems or methods were used in ROTR.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: April 2, 2018

Richard Briggs