DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendants
SQUARE ENIX, INC. and CRYSTAL DYNAMICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendant. | Case No.: 3:17-cv-04187-JST<br><br>**DECLARATION OF KAM YU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 14, 2018<br>Time: 2:00 P.M.<br>Dept.: Ctrm. 9, 19th Floor<br>Before: Judge Jon S. Tigar |

I, Kam Yu, declare as follows:

1. I submit this Declaration in Support of Crystal Dynamics, Inc. and Square Enix, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. In making this declaration, it is not my intention, nor the intention of Crystal Dynamics or Square Enix, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2. I am employed as a Principal Artist with Crystal Dynamics, and have been with the company in this role since October 2002. As part of my job at Crystal Dynamics, I was a Lead Character Artist on the videogame titled *Rise of the Tomb Raider* ("ROTR").

3. I have reviewed the video entitled, "Building Lara's Model", Square Enix E3 Conference 2015. June 16, 2015, which can be found at https://youtu.be/7GWfwLvlqZ8am, and which I understand is cited in the First Amended Complaint in this case. In this video, I discussed the animation of the Lara Croft character in ROTR. I did not refer to any particular motion capture methodology in this video and I did not intend any reference to a program, method or system called MOVA Contour. I did not attend any of the motion capture sessions at Digital Domain ("DD3") for ROTR, as my role was generally external to the motion capture process for this game.

4. I understand that the First Amended Complaint alleges that Crystal Dynamic and Square Enix reviewed MOVA Contour output that was marked with a Rearden copyright notice. In connection with ROTR, or otherwise, I did not review output from MOVA Contour programs, systems or methods that was marked with a Rearden copyright notice. I also did not request or instruct that DD3 generate a "Skin Texture and Makeup Pattern" output using the MOVA Contour program, methods or systems and have not reviewed any such output that was affixed with "Copyright [current date] - Rearden LLC" and the date and time of the capture.

5. I have no personal knowledge that any MOVA Contour program, systems or methods were used in ROTR.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

1

Dated: April 2, 2018

_____
Kam Yu