DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendants
SQUARE ENIX, INC. and CRYSTAL DYNAMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendant. | Case No.: 3:17-cv-04187-JST<br><br>**DECLARATION OF NOAH HUGHES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 14, 2018<br>Time: 2:00 P.M.<br>Dept.: Ctrm. 9, 19th Floor<br>Before: Judge Jon S. Tigar |

DM2\8654184

I, Noah Hughes, declare as follows:

1. I submit this Declaration in Support of Crystal Dynamics, Inc. and Square Enix, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. In making this declaration, it is not my intention, nor the intention of Crystal Dynamics or Square Enix, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2. I am employed as a Studio Creative Director with Crystal Dynamics, and have been with the company in various roles since January 2000, and from May 1993-December 1996. As part of my job at Crystal Dynamics, I worked on the development of a videogame titled *Rise of the Tomb Raider* ("ROTTR") in which my role was generally to ensure that the design, animation for the game are cohesive and compelling.

3. I have reviewed the video found at https://youtu.be/y5EuaJ5q_AU?t=2m57s, which I understand is cited in the First Amended Complaint in this case. In this video I discussed various aspects of the gameplay experience in ROTTR. I did not refer to any particular motion capture methodology in this video and did not intend any reference to a program, method or system called MOVA Contour.

4. I understand that the First Amended Complaint alleges that Crystal Dynamics and Square Enix reviewed MOVA Contour output that was marked with a Rearden copyright notice. In connection with ROTTR, or otherwise, I have no recollection of reviewing output from MOVA Contour programs, systems or methods that was marked with a Rearden copyright notice. I also did not request or instruct that DD3 generate a "Skin Texture and Makeup Pattern" output using the MOVA Contour program, methods or systems and have no recollection of reviewing any such output that was affixed with "Copyright [current date] - Rearden LLC" and the date and time of the capture.

5. I have no personal knowledge that any MOVA program, systems or methods were used in ROTTR.

I declare under the penalty of perjury of the laws of the United States of America that the

1 | foregoing is true and correct.
2 | Dated: April 4, 2018

/s/ Noah Hughes
Noah Hughes