DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendants
SQUARE ENIX, INC. and CRYSTAL DYNAMICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendant. | Case No.: 3:17-cv-04187-JST<br><br>**DECLARATION OF CAMILLA LUDDINGTON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 14, 2018<br>Time: 2:00 P.M.<br>Dept.: Ctrm. 9, 19th Floor<br>Before: Judge Jon S. Tigar |

I, Camilla Luddington, declare as follows:

1. I submit this Declaration in Support of Crystal Dynamics, Inc. and Square Enix, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. In making this declaration, it is not my intention, nor the intention of Crystal Dynamics and Square Enix, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2. I am a professional actor. I was hired to portray the character Lara Croft in the video game *Rise of the Tomb Raider* ("ROTR"). In connection with my performance as Lara, I participated in facial motion capture sessions conducted by and at the facilities of Digital Domain.

3. At some time prior to August 2014, I participated in a single facial session in which personnel from Digital Domain spray-painted fluorescent paint or makeup on my face, which I understood was part of a procedure called MOVA, and I commented about it on social media and in interviews. At the time, I did not know whether any output from that session was actually used in ROTR and I do not know now whether any output from that session was actually used in ROTR either. To the best of my recollection, this facial session is the only MOVA session I have ever participated in.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: March ___, 2018
3/22/2018

_____
Camilla Luddington

1
DECLARATION OF CAMILLA LUDDINGTON ISO MOTION FOR SUMMARY JUDGMENT; CASE NO. 3:17-CV-04187-JST