1  DUANE MORRIS LLP
   Karineh Khachatourian (CA SBN 202634)
2  kkhachatourian@duanemorris.com
   Daniel T. McCloskey (CA SBN 191944)
3  dtmccloskey@duanemorris.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1194
   Telephone: 650.847.4150
5  Facsimile: 650.847.4151

6  Attorneys for Defendants
   SQUARE ENIX, INC. and CRYSTAL DYNAMICS,
7  INC.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 REARDEN LLC, REARDEN MOVA LLC,          Case No.: 3:17-cv-04187-JST
   California limited liability companies,
12                                          **DECLARATION OF JON ROBINS IN
                                            SUPPORT OF DEFENDANTS'
13         Plaintiff,                       MOTION FOR SUMMARY
                                            JUDGMENT, OR IN THE
14     v.                                   ALTERNATIVE, PARTIAL
                                            SUMMARY JUDGMENT**
15 CRYSTAL DYNAMICS, INC., a California
   corporation, SQUARE ENIX, INC., a Washington
16 Corporation,

17         Defendant.                       Date: June 14, 2018
                                            Time: 2:00 P.M.
18                                          Dept.: Ctrm. 9, 19th Floor
                                            Before: Judge Jon S. Tigar
19

20

21

22

23

24

25

26

27

28

DM2\8513783

I, Jon Robins, declare as follows:

1.        I submit this Declaration in Support of Crystal Dynamics, Inc. and Square Enix, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. In making this declaration, it is not my intention, nor the intention of Crystal Dynamics or Square Enix, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2.        I am employed as a Lead Technical Artist with Crystal Dynamics, and have been with the company in this role since August 2016. Previously, from approximately August 2012 through December 2015, I was employed by Crystal Dynamics as a Lead Character Technical Artist in which role I worked on the development of a videogame titled *Rise of the Tomb Raider* ("ROTTR"). My main duties on ROTTR were to act as a technical supervisor which included working on facial rigs (digital workflow for moving the character's face) and character rigs through the production process, planning and designing the creation of a cross-studio rigging system, creating tools for animators, modelers and others to increase efficiencies, and creating a full motion capture pipeline or system.

3.        To create the motion capture pipeline (our method for capturing full actor performance at the same time) for ROTTR, I worked with Digital Domain ("DD3") to iterate shapes and movements based on our initial motion capture shoots for Camilla Luddington, the actor who portrays Lara Craft, the protagonist in ROTTR. I was present for the first several motion capture shoots at DD3's facility in Los Angeles, the first of which took place on January 28, 2014, and reviewed the output from the other shoots. For our motion capture sessions, our performers had a helmet with 4 cameras mounted to it. This camera rig allows us to capture the actor's performance in the scene as they move and in the environment and interact with each other. The motion capture pipeline I developed with was primarily based on the early shoots and was substantially complete by approximately early March 2014.

4.        I have reviewed the allegations describing the motion capture methodology referred to as MOVA Contour provided in the First Amended Complaint in this case. I understand that MOVA Contour can involve application of phosphorescent makeup to the actor's face, use of strobe

1

lights and multiple standalone cameras during the motion capture process, and is claimed to utilize thousands of reference points on the actor's face. I further understand, based on that description, that MOVA Contour does not involve the use of head mounted cameras. I did not instruct or direct DD3 or any other person to use MOVA Contour for the motion captures in ROTTR, and am not aware of any person at Crystal Dynamics or Square Enix who did.

5. DD3 used head mounted camera ("HMC") methodology to create the motion captures that we used in ROTTR, and did not apply (and we did not, to my knowledge, ever instruct them to apply) phosphorescent makeup or use strobe lights for the motion capture methods that were used in ROTTR. The motion capture methodology that DD3 used for ROTTR used approximately 190 points of reference on the actor, and shot the body and face at the same time, using four cameras (the HMC described above). The motion capture pipeline I developed for ROTTR did not have the capacity to absorb a dataset that encompassed thousands of points of reference. The system that we used is incompatible with the MOVA Contour program, methods and systems. We did not incorporate any motion captures generated using MOVA Contour into our game asset pipelines for ROTTR.

6. As a Lead Technical Artist responsible for developing the motion capture pipeline for ROTTR, I preferred to use traditional motion capture methods to preserve the identity of the ROTTR's main character and protagonist, Lara Croft. The higher resolution that I understand can be provided by MOVA Contour risked making Lara Croft more closely resemble the actress playing her (Ms. Luddington), than we desired to maintain Lara Croft's distinct visual identity. In my experience, the higher resolution motion capture provided by MOVA Contour may be suitable for a film shown on a large screen, is not needed in a videogame played on a comparatively small television screen or computer monitor.

7. I understand that the plaintiff alleges that Crystal and In connection with ROTTR, or otherwise, I did not review output from MOVA Contour programs, systems or methods that was marked with a Rearden copyright notice, and to the best of my knowledge no one at Crystal Dynamics or Square Enix did so either. I also did not request or instruct that DD3 generate "Skin Texture and Makeup Pattern" output using the MOVA Contour program, methods or systems and

have not reviewed any such output that was affixed with "Copyright [current date] - Rearden LLC" and the date and time of the capture, and to the best of my knowledge no one at Crystal Dynamics or Square Enix did so either.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: March\_\_, 2018

_____   3/29/18
Jon Robins