DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendants
SQUARE ENIX, INC. and CRYSTAL DYNAMICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendant. | Case No.: 3:17-cv-04187-JST<br><br>**DECLARATION OF ADRIAN DIMOND IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 14, 2018<br>Time: 2:00 P.M.<br>Dept.: Ctrm. 9, 19th Floor<br>Before: Judge Jon S. Tigar |

I, Adrian Dimond, declare as follows:

1. I am a Virtual Production Lead Technical Director at Digital Domain ("DD"), and have been a Technical Director at Digital Domain since the beginning of 2009. I submit this declaration in connection with cases brought by Rearden, LLC and its affiliates regarding the motion capture performed in connection with the video game Tomb Raider: Rise of the Tomb Raider ("Rise of the Tomb Raider").

2. I worked on Rise of the Tomb Raider from the beginning of DD's work on the project. I was responsible for and oversaw motion capture work, which takes place during a period referred to as the "production phase" during the making of a video game, for Rise of the Tomb Raider. Mova was not used during Rise of the Tomb Raider. All of the facial motion capture that DD performed for Rise of the Tomb Raider was performed using a more common technology that utilizes a camera rig worn by performers so that facial and body motion capture can be performed simultaneously. Mova requires a large number of cameras, which requires the performer to be seated during takes. This makes it impossible to do facial and body capture simultaneously. The process we used requires fewer than five cameras, which allows the cameras to be mounted on a head rig that the performer wears. Also, the process that we used generates a consistent mesh every take, whereas Mova results in a different mesh each take, which makes working with Mova data significantly more difficult than working with the data from the process we used. While the resolution achieved with the performance capture technology we used is significantly lower than what Mova would provide, it was sufficient and cost-effective for this video game project since movie screens are much larger than screens used for conventional video games. Also, Mova is much more complex and costly than lower-resolution techniques. Mova would have been inefficient and unnecessarily expensive to use, so we did not use it for any of the capture performed to make Rise of the Tomb Raider.

//
//
//
//

DIMOND DECLARATION

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed  1  day of  December , 2017, in  Los Angeles , California.

_____
ADRIAN DIMOND

DIMOND DECLARATION