DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendants
SQUARE ENIX, INC. and CRYSTAL DYNAMICS,
INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies, <br><br> Plaintiff, <br><br> v. <br><br> CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation, <br><br> Defendant. | Case No.: 3:17-cv-04187-JST <br><br> **DECLARATION OF JOSEPH GABRIEL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> Date: June 14, 2018 <br> Time: 2:00 P.M. <br> Dept.: Ctrm. 9, 19th Floor <br> Before: Judge Jon S. Tigar |

1      I, Joseph Gabriel, declare as follows:

2      Since 2007, I have served as Vice President and General Counsel for Digital Domain 3.0,

3 Inc. ("DD3") and its predecessor in Los Angeles, California. I submit this declaration in

4 connection with cases brought by Rearden, LLC and its affiliates regarding the contracts under

5 which motion capture was performed for Crystal Dynamics in connection with the video game

6 Tomb Raider: Rise of the Tomb Raider ("Rise of the Tomb Raider").

7      DD3 does not have any contracts with Crystal Dynamics for, requesting, requiring or

8 otherwise implicating Mova for Rise of the Tomb Raider or any other project. DD3 does not have

9 any contracts directly with Square Enix.

10

11      I declare under penalty of perjury that the foregoing statements are true and correct.

12 Executed this 2nd day of April, 2018 in  Los Angeles            , California.

13

14                           Joseph Gabriel

15

16

17

18

19

20

21

22

23

24

25

26

27

28

