DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
Nikolaus A. Woloszczuk (CA SBN 286633)
nawoloszczuk@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendants
SQUARE ENIX, INC. and CRYSTAL DYNAMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendants. | Case No. 3:17-cv-04187-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Jon S. Tigar |

DM2\8959914

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFS' TO ANSWER FIRST AMENDED COMPLAINT; CASE NO. 3:17-CV-04187-JST

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Defendants Crystal Dynamics, Inc. and Square Enix, Inc. ("Defendants"), by and through their counsel of record, stipulate as follows:

**WHEREAS**, on June 18, 2018 the Court granted in part and denied in part Defendants' motions to dismiss the First Amended Complaints;

**WHEREAS**, the Defendants' current deadline to file Answers to the First Amended Complaints is July 2, 2018, per Fed. R. Civ. P. 14(a)(4)(A);

**WHEREAS**, because each of the First Amended Complaints contains 145 or more paragraphs, Defendants have requested that they have 30 days from June 18, 2018 within which to file answers to the First Amended Complaints;

**WHEREAS**, Plaintiffs have agreed to Defendants' request for additional time;

**NOW THEREFORE**, for good cause, the parties stipulate as follows:

The Defendants in each case shall have 30 days from the Court's order granting in part and denying in part Defendants' motions to dismiss the First Amended Complaints, i.e., through and including July 18, 2018, within which to file Answers to the First Amended Complaints.

**IT IS SO STIPULATED.**

DUANE MORRIS LLP

Dated: June 22, 2018       By:    */s/ Karineh Khachatourian*
                                  Karineh Khachatourian
                                  Daniel T. McCloskey
                                  Nikolaus A. Woloszczuk

                                  Attorneys for Defendants,
                                  SQUARE ENIX, INC. and CRYSTAL
                                  DYNAMICS, INC.

|   |   |   |   |
|---|---|---|---|
| Dated: June 22, 2018 | | By: | HAGENS BERMAN SOBOL SHAPIRO

*/s/ Mark S. Carlson*
Steve W. Berman
Mark S. Carlson
Rio S. Pierce

Attorneys for Plaintiffs,
REARDEN LLC and REARDEN MOVA LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___June 25, 2018___, 2018

HON. JON S. TIGAR
United States District Judge

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Karineh Khachatourian, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Mark S. Carlson concurred in the filing of this document.

*/s/ Karineh Khachatourian*
Karineh Khachatourian