UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendants. | Case No. 3:17-cv-04187-JST<br><br>**ORDER ADOPTING DISCOVERY PLAN** |

**STIPULATION**

Pursuant to the stipulation of the parties, the Court now makes the following case management and discovery order.[1] This case will be divided into two tracks, as detailed below.

**Track 1**

The purpose of Track 1 is to provide for narrowly-targeted discovery and an early mediation.

By August 31, 2018, Defendants will produce the following subject to third party consent:

> Non-redacted contracts with DD3 for performance capture for *Rise of the Tomb Raider*;
>
> Non-redacted contracts with the entity that allegedly captured Camilla Luddington's facial performance using Contour relating to the *Rise of the Tomb Raider* videogame, including but not limited to contracts licensing *Tomb Raider* copyrights and trademarks for use by such entity in relation to *Rise of the Tomb Raider*;
>
> Non-redacted (except for financial details) contracts with Ms. Luddington for her performance as Lara Croft in *Rise of the Tomb Raider*; and
>
> Non-redacted documents sufficient to show all sums paid to DD3 for performance capture for *Rise of the Tomb Raider.*

Plaintiffs will have the option to take a Rule 30(b)(6) deposition of each defendant regarding the subject matters of the produced documents, and whether Contour performance capture was used or authorized to be used in the *Rise of the Tomb Raider* videogame. This deposition shall be taken by September 28, 2018, and shall not count against any further depositions made necessary if settlement is not reached (although questioning in any subsequent deposition shall not be repetitious).

Plaintiffs will have the option to serve a deposition subpoena on Camilla Luddington. This order does not preclude Ms. Luddington from objecting to, moving to quash, or otherwise opposing the subpoena. If Ms. Luddington does object to, oppose, or move to quash the subpoena, however, defendants will not join in or assist such efforts. The deposition will be directed to the facts and

---

[1] The parties' stipulation also contained the following provision: "If any third party objects, they must file an objection with Magistrate Judge Sally Kim according to her procedures for resolution of discovery disputes by August 15, or the objection is waived." The Court has deleted this language. The Court cannot enter an order binding third parties or restricting their rights without prior notice to those parties and an opportunity to be heard.

circumstances of Ms. Luddington's facial performance capture by DD3 using Contour, and her oral and written statements relating to the use of Contour.

After completion of the document production and Rule 30(b)(6) depositions, the parties will confer regarding settlement. If settlement is not reached in the settlement conference, the parties will promptly schedule and participate in a mediation by November 16, 2018.

If mediation is not successful in resolving this case, Defendants may renew their motion for summary judgment by November 29, 2018 or as soon thereafter as mediation has concluded (whichever is later), and, so long as defendants have provided the information and witnesses described herein and otherwise complied with the terms of this stipulation, Plaintiffs will not oppose the motion for summary judgment based on Rule 56(d).

**Track 2**

If the case is not resolved on summary judgment, the parties will promptly contact the Court's clerk and schedule a further case management conference. The parties will submit a joint case management statement addressing the remaining issues in the case. Among the issues to be addressed will be any limits on remaining discovery and all pretrial and trial deadlines.

**ORDER**

Pursuant to the foregoing stipulation, **IT IS SO ORDERED**.

DATED: August 7, 2018

_____
The Honorable Jon S. Tigar
United States District Judge