RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karineh.khachatourian@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

Attorneys for Defendants,
CRYSTAL DYNAMICS, INC. and SQUARE ENIX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendants. | Case No. 17-cv-04187-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT AND DECLARATIONS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Jon S. Tigar |

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Defendants Crystal Dynamics, Inc. and Square Enix, Inc. ("Defendants"), by and through their counsel of record, stipulate as follows:

**WHEREAS**, the hearing on the renewed motion for summary judgment is currently on calendar for February 28, 2019 at 2:00 p.m.;

**WHEREAS**, Defendants current deadline to file any declarations in support of Plaintiffs' Administrative Motion to File Under Seal (D.I. 128) is January 28, 2019;

**WHEREAS**, Defendants current deadline to file their reply in support of the renewed motion for summary judgment is January 29, 2019;

**WHEREAS,** Defendants were not served with Plaintiff's filings under seal until January 23, 2019; and

**WHEREAS,** the parties are meeting and conferring to resolve certain issues associated with the filing and service of Plaintiffs' Administrative Motion to File Under Seal with the intention of avoiding additional motion practice.

**NOW THEREFORE**, for good cause, Defendants stipulate as follows:

Defendants shall have until January 30, 2019 to file its reply and supporting papers in support of its renewed motion for summary judgment, and until January 29, 2019 to file any declarations in support of Plaintiffs' Administrative Motion to File Under Seal.

**IT IS SO STIPULATED.**

RIMON, P.C.

Dated: January 24, 2019        By: /s/ Karineh Khachatourian
                                   Karineh Khachatourian
                                   Nikolaus A. Woloszczuk

                                   Attorneys for Defendants,
                                   CRYSTAL DYNAMICS, INC. and SQUARE ENIX, INC.

| | | |
|---|---|---|
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Dated: January 24, 2019 | | By: */s/ Mark S. Carlson*<br>Steve W. Berman<br>Mark S. Carlson<br>Rio S. Pierce |
| | | Attorneys for Plaintiffs,<br>REARDEN LLC and REARDEN MOVA LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 24, 2019

_____
Honorable Jon S. Tigar
United States District Judge

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Karineh Khachatourian, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark Carlson concurred in the filing of this document.

*/s/ Karineh Khachatourian*
Karineh Khachatourian