| | |
|---|---|
| RIMON, P.C.<br>Karineh Khachatourian (CA SBN 202634)<br>RIMON, P.C.<br>Karineh Khachatourian (CA SBN 202634)<br>karineh.khachatourian@rimonlaw.com<br>Nikolaus A. Woloszczuk (CA SBN 286633)<br>nikolaus.woloszczuk@rimonlaw.com<br>2479 E. Bayshore Road, Suite 210<br>Palo Alto, CA 94303<br>Telephone: (650) 461-4433<br>Facsimile: (650) 461-4433<br><br>Attorneys for Defendants<br>SQUARE ENIX, INC. and<br>CRYSTAL DYNAMICS, INC. | STEVE W. BERMAN (*pro hac vice*)<br>steve@hbsslaw.com<br>MARK S. CARLSON (*pro hac vice*)<br>markc@hbsslaw.com<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>RIO S. PIERCE (SBN 298297)<br>riop@hbsslaw.com<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>Attorneys for Plaintiffs<br>REARDEN LLC and<br>REARDEN MOVA LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendants. | Case No. 3:17-cv-04187-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Jon S. Tigar |

**Error! Unknown document property name.**

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' OPPOSITION TO
DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:17-CV-04187-JST

# STIPULATION

Plaintiffs and Defendants in the above-captioned action, by and through their counsel of record, stipulate as follows:

**WHEREAS**, on January 22, 2019, Rearden filed its papers in Opposition to Defendants Renewed Motion for Summary judgment;

**WHEREAS**, among those papers was the Declaration of Stephen G. Perlman (Dkt. 128-06), which contained certain typographical errors that Plaintiffs wish to remedy;

**WHEREAS**, among those papers was the Declaration of Mark Carlson attaching among other exhibits four contracts as Exhibits A, B, C, and D (Dkt. 128-07, 8, 9, 10), which contracts had been previously filed in redacted form as Exhibits G, H, I, and J to the Declaration of Karineh Khachatourian (Dkt. 122-12, 14, 16, 18), and Defendants would like to substitute redacted copies of the Khachatourian exhibits for the non-redacted Carlson exhibits;

**NOW THEREFORE**, for good cause, the parties stipulate as follows:

[1] The parties agree that Rearden may file a Corrected Declaration of Stephen G. Perlman, and that the Clerk may substitute the Corrected Declaration for its originally filed counterpart at Dkt. 128-06;

[2] The parties agree that Rearden may file amended redacted Exhibits A, B, C, and D of the originally filed Declaration of Mark Carlson (Dkt. 128-7, 8, 9,10), and that the Clerk may substitute the amended redacted exhibits filed as Dkt. 144-5 for their originally filed counterparts.

**IT IS SO STIPULATED.**

RIMON, P.C.

Dated: February 1, 2019　　　　By:　/s/　*Karineh Khachatourian*
　　　　　　　　　　　　　　　　　　Karineh Khachatourian
　　　　　　　　　　　　　　　　　　Nikolaus A. Woloszczuk

　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　SQUARE ENIX, INC. and
　　　　　　　　　　　　　　　　　　CRYSTAL DYNAMICS, INC.

|   |   |   |
|---|---|---|
|   |   | HAGENS BERMAN SOBOL SHAPIRO |
| Dated: February 1, 2019 | By: | */s/    Mark Carlson* |
|   |   | Steve W. Berman (*Pro Hac Vice*) |
|   |   | Mark S. Carlson (*Pro Hac Vice*) |
|   |   | Attorneys for Plaintiffs, |
|   |   | REARDEN LLC and |
|   |   | REARDEN MOVA LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 6 , 2019

_____
The Honorable Jon S. Tigar

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Mark Carlson, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Karineh Khachatourian concurred in the filing of this document.

*/s/ Mark Carlson*

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:17-CV-04187-JSTError! Unknown document property name.