UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REARDEN LLC, et al., <br>     Plaintiffs, <br> v. <br> CRYSTAL DYNAMICS, INC., et al., <br>     Defendants. | Case No. 17-cv-04187-JST <br><br> **ORDER EXTENDING TIME** <br> Re: ECF No. 159 |

The Court hereby GRANTS the parties' stipulated request to extend non-party Microsoft Corp.'s deadline to file declarations in support of Defendants' motion to seal. ECF No. 159. Microsoft shall file its declarations by February 12, 2019.

**IT IS SO ORDERED.**

Dated: February 11, 2019

_____
JON S. TIGAR
United States District Judge