RIMON, P.C.
Karineh Khachatourian (CA SBN 202634)
karineh.khachatourian@rimonlaw.com
Nikolaus A. Woloszczuk (CA SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

Attorneys for Defendants
SQUARE ENIX, INC. and
CRYSTAL DYNAMICS, INC.

STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
MARK S. CARLSON (*pro hac vice*)
markc@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

RIO S. PIERCE (SBN 298297)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Attorneys for Plaintiffs
REARDEN LLC and
REARDEN MOVA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendants. | Case No. 3:17-cv-04187-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DISMISS AND SUPPLEMENTAL BRIEFS FOR DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiffs and Defendants in the above-captioned action, by and through their counsel of |
| 3 | record, stipulate as follows: |
| 4 | **WHEREAS**, Plaintiffs' reply in support of Motion to Dismiss their claims against |
| 5 | defendant Square Enix, Inc. is due February 19, 2019; |
| 6 | **WHEREAS**, the Court has requested supplemental briefing for Defendants' Renewed |
| 7 | Motion for Summary Judgment, with defendants' supplemental brief due on February 22 and |
| 8 | plaintiffs' supplemental brief due on March 1; |
| 9 | **WHEREAS**, the parties need additional time to adequately prepare and submit |
| 10 | supplemental briefs; |
| 11 | **WHEREAS,** there is currently no hearing date on calendar for either motion. |
| 12 | **NOW THEREFORE**, for good cause, the parties stipulate as follows: |
| 13 | [1] Plaintiffs may file their Reply in support of Plaintiffs' Motion to Dismiss their |
| 14 | claims against defendant Square Enix, Inc. on February 22; |
| 15 | [2] Defendants' supplemental brief shall be due on February 27; and |
| 16 | [3] Plaintiffs supplemental brief shall be due on March 6; and |
| 17 | [4] Defendants' reply supplemental brief shall be due on March 13. |
| 19 | **IT IS SO STIPULATED.** |

RIMON, P.C.

Dated: February 18, 2019        By:   /s/     *Karineh Khachatourian*
                                       Karineh Khachatourian
                                       Nikolaus A. Woloszczuk

                                       Attorneys for Defendants,
                                       SQUARE ENIX, INC. and
                                       CRYSTAL DYNAMICS, INC.

| | | |
|---|---|---|
| Dated: February 18, 2019 | By: | HAGENS BERMAN SOBOL SHAPIRO<br><br>*/s/ Mark Carlson*<br>Steve W. Berman (*Pro Hac Vice*)<br>Mark S. Carlson (*Pro Hac Vice*)<br><br>Attorneys for Plaintiffs,<br>REARDEN LLC and<br>REARDEN MOVA LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __February 20__, 2019

_____
The Honorable Jon S. Tigar

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Mark Carlson, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(*i*)(3), I hereby attest that Karineh Khachatourian concurred in the filing of this document.

/s/ Mark Carlson