Steve W. Berman (*pro hac vice*)
Mark S. Carlson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
markc@hbsslaw.com

Philip Graves (CBA No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
philipg@hbsslaw.com

Rio S. Pierce (CBA No. 298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com

*Attorneys for Plaintiffs*
Rearden LLC and Rearden Mova LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendants. | Case No. 17-cv-04187-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO DISMISS**<br><br><br><br>Judge: Hon. Jon S. Tigar |

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Defendant Square Enix, Inc. ("Square Enix")" by and through their counsel of record, stipulate as follows:

**WHEREAS**, Plaintiffs' Notice of Motion and Motion for Voluntary Dismissal of Claims Against Defendant Square Enix, Inc. Under Fed. R. Civ. P. 41(a)(2) was filed on January 29, 2019 (D.I. 136);

**WHEREAS**, Square Enix's Opposition to Plaintiffs' Motion for Voluntary Dismissal of Claims Against Square Enix, Inc. Under Fed. R. Civ. P. 41(a)(2) was filed on February 11, 2019 (D.I. 162);

**WHEREAS**, Plaintiffs' Reply in Support of Motion for Voluntary Dismissal of Square Enix, Inc. was filed on February 19, 2019 (D.I. 172);

**WHEREAS**, Plaintiffs' and Square Enix have agreed to mutually acceptable terms on which to resolve Plaintiffs' claims against Square Enix;

**NOW THEREFORE**, for good cause, Plaintiffs and Square Enix stipulate to dismiss all of Plaintiffs' claims alleged against Square Enix in its First Amended Complaint with prejudice. Plaintiffs and Square Enix further stipulate that, subject to the Court's approval, the Court will retain jurisdiction on the issues of (1) whether Square Enix is the prevailing party and (2) whether Square Enix is entitled to attorneys' fees and, if so, the amount of any such award. The parties further stipulate that Square Enix's deadline to bring a motion for attorneys' fees is deferred until sixty (60) days after final judgment is entered in Plaintiffs' case.

**IT IS SO STIPULATED.**

Dated: February 25, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *Steve Berman*
 Steve W. Berman
 Mark S. Carlson
 Phil Graves
 Rio S. Pierce

Attorneys for Plaintiffs,
 REARDEN LLC and REARDEN MOVA LLC

Dated: February 25, 2019

RIMON, P.C.

By: *Karineh Khachatourian*
   Karineh Khachatourian
   Nikolaus A. Woloszczuk

Attorneys for Defendants,
CRYSTAL DYNAMICS, INC. and SQUARE ENIX, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 25, 2019

_____
Honorable Jon S. Tigar
United States District Judge

## **CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Steve Berman, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Karineh Khachatourian concurred in the filing of this document.

*/s/ Steve Berman*
Steve Berman