RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karineh.khachatourian@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

Attorneys for Defendants,
CRYSTAL DYNAMICS, INC. and SQUARE ENIX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendants. | Case No. 17-cv-04187-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Jon S. Tigar |

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Defendant Crystal Dynamics, Inc. ("Crystal") by and through its counsel of record, stipulate as follows:

**WHEREAS**, Plaintiffs' Administrative Motion to File Under Seal was filed on March 7, 2019 (D.I. 184);

**WHEREAS**, Defendants current deadline to file a response to Plaintiffs' Administrative Motion to Seal is March 11, 2019;

**WHEREAS**, Crystal is currently reviewing said materials to determine if any third party information is implicated in order to work with all those involved accordingly;

**WHEREAS,** Crystal has requested, and Plaintiffs have agreed, to grant Crystal an extension of the deadline to file its response to Plaintiffs' Administrative Motion to File Under Seal;

**NOW THEREFORE,** for good cause, Plaintiffs and Crystal stipulate as follows:

Defendant shall have until March 13, 2019 to file its response to Plaintiffs' Administrative Motion to File Under Seal.

**IT IS SO STIPULATED.**

Respectfully submitted,

RIMON, P.C.

Dated: March 7, 2019       By:  */s/ Karineh Khachatourian*
Karineh Khachatourian
Nikolaus A. Woloszczuk

Attorneys for Defendants,
CRYSTAL DYNAMICS, INC. and
SQUARE ENIX, INC.


HAGENS BERMAN SOBOL SHAPIRO

Dated: March 7, 2019       By:  */s/ Mark Carlson*
Mark S. Carlson (*Pro Hac Vice*)
Steve Berman
Rio S. Pierce

Attorneys for Plaintiffs,
REARDEN LLC and REARDEN MOVA LLC

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE RESPONSE TO PLAINTIFFS' ADMIN MOTION TO SEAL; CASE NO. 17-CV-04187-JST

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____March 8_____, 2019      _____
                                     Honorable Jon S. Tigar
                                     United States District Judge

# ATTESTATION

I, Karineh Khachatourian, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark Carlson concurred in the filing of this document.

*/s/ Karineh Khachatourian*
Karineh Khachatourian