RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karineh.khachatourian@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

Attorneys for Defendants,
CRYSTAL DYNAMICS, INC. and SQUARE ENIX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation, SQUARE ENIX, INC., a Washington Corporation,<br><br>Defendants. | Case No. 17-cv-04187-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**<br><br>**Judge: Hon. Jon S. Tigar** |

Plaintiffs Rearden LLC and Rearden MOVA LLC ("Plaintiffs") and Defendant Crystal Dynamics, Inc., by and through their counsel of record, stipulate as follows:

**WHEREAS**, on July 12, 2019, the Court entered an order granting in part and denying in part Crystal Dynamics's Renewed Motion for Summary Judgment (D.I. 194) ("MSJ Order");

**WHEREAS**, in the MSJ Order, the Court set certain deadlines for the parties to comply, which will require coordination with affected third parties;

**WHEREAS**, the Court previously ordered that once the MSJ Order issued, the parties would promptly contact the Court's clerk and schedule a further case management conference (D.I. 103);

**WHEREAS**, the parties need additional time to digest the MSJ Order and meet and confer on next steps; and

**WHEREAS**, counsel for both parties are scheduled to be out of the office collectively from Wednesday, July 17, 2019 until Monday July 22, 2019.

**NOW THEREFORE**, for good cause, the parties stipulate as follows:

The parties shall meet and confer and complete the following by August 16, 2019 (1) submit to the Court, as noted in footnote 2 of the MSJ order, a stipulated proposed redacted version of the order or forego redaction altogether; and (2) present any agreements, disputes, or proposals to the Court concerning whether the incorporation by amendment of Rearden's theory regarding the E3 trailer, as set forth on pp. 12-13 of the MSJ Order, requires amendment of Rearden's written complaint. The parties shall further contact the Court clerk to schedule a further case management conference once the issue of amendment is resolved. Any previously ordered deadlines are modified to the extent necessary to conform to the deadlines established in the previous sentence.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: July 16, 2019          RIMON, P.C.

                              By: /s/ *Karineh Khachatourian*
                              Karineh Khachatourian
                              *Attorney for Crystal Dynamics*

DATED: July 16, 2019         HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/*Mark S. Carlson*
    Mark S. Carlson

*Attorney for Plaintiffs*

1 | Pursuant to the foregoing stipulation, **IT IS SO ORDERED**.

DATED:  July 18    , 2019

_____
The Honorable Jon S. Tigar
United States District Judge

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Karineh Khachatourian, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark Carlson concurred in the filing of this document.

                                         /s/ *Karineh Khachatourian*
                                         Karineh Khachatourian