JOSHUA M. MASUR  (SBN 203510)
  *jmasur@zuberlawler.com*
**ZUBER LAWLER LLP**
2000 Broadway Street
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

Attorneys for Plaintiffs Rearden LLC and
Rearden Mova LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:17-cv-4187-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES (DKT. 336)** |

Plaintiffs Rearden LLC and Rearden Mova LLC (collectively, "Rearden") and Defendant Crystal Dynamics ("Crystal") by and through their counsel of record, stipulate as follows:

**WHEREAS**, on April 5, 2024, Crystal filed its Motion for Attorneys' Fees in the above-entitled matter (Dkt. 336);

**WHEREAS**, pursuant to Local Rule 7-3(a), the deadline for Rearden to file its opposition to Crystal's Motion for Attorneys' Fees is April 19, 2024;

///

///

///

1   **WHEREAS**, Rearden has requested a brief extension of its deadline to file its opposition to Crystal's Motion for Attorneys' Fees due to scheduling conflicts and already scheduled travel plans, and Crystal does not object, but has requested a brief extension for its resulting deadline to file its reply in support of its motion;

**WHEREAS**, the parties are conferring regarding the admissibility of certain settlement discussions in connection with Crystal's Motion for Attorneys' Fees;

**WHEREAS**, the parties have agreed, subject to the Court's approval, to require that Rearden bring any administrative motion regarding admissibility of settlement discussions in connection with Crystal's Motion for Attorneys' Fees by April 19, 2024, and to extend the deadlines for Rearden to file its opposition to Crystal's Motion for Attorneys' Fees to May 3, 2024, and for Crystal to file its reply in support of its Motion to May 31, 2024, which will not impact any other case deadlines or hearing dates;

**NOW THEREFORE,** for good cause, the parties stipulate subject to the Court's approval as follows:

(1) Rearden must file any administrative motion regarding admissibility of settlement discussions in connection with Crystal's Motion for Attorneys' Fees, if Rearden seeks to include such settlement discussions in its opposition to Crystal's Motion for Attorneys' Fees, on or before April 19, 2024;

(2) the deadline for Rearden's opposition to Crystal's Motion for Attorneys' Fees is extended from April 19, 2024 to May 3, 2024;

(3) the deadline for Crystal to file its reply in support of its Motion for Attorneys' Fees is extended from April 26, 2024 to May 31, 2024; and

(4) Rearden agrees absent extraordinary circumstances it will not seek an additional extension of the agreed upon briefing schedule or the June 20, 2024 hearing date for Crystal's motion for attorneys' fees.

///
///
///

IT IS STIPULATED AND AGREED, by and between Rearden and Crystal, by and through their respective undersigned attorneys, as to the above.

Dated: April 18, 2024

Respectfully submitted,

**ZUBER LAWLER LLP**

By: _____/s/ Joshua M. Masur_____
Joshua M. Masur
Attorneys for Plaintiffs Rearden LLC and Rearden Mova LLC

Dated: April 18, 2024

**KXT LAW, LLP**

By: _____/s/ Karineh Khachatourian_____
Karineh Khachatourian
Attorneys for Defendant Crystal Dynamics, Inc.

### CIVIL LOCAL RULE 5-1 ATTESTATION

I, Joshua M. Masur, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Karineh Khachatourian concurred in the filing of this document.

_____/s/  Joshua M. Masur_____
Joshua M. Masur

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April ____, 2024

_____
The Honorable Jon S. Tigar
United States District Judge