JOSHUA M. MASUR  (SBN 203510)
  *jmasur@zuberlawler.com*
**ZUBER LAWLER LLP**
2000 Broadway Street
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

Attorneys for Plaintiffs Rearden LLC and
Rearden Mova LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, California limited liability companies,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:17-cv-4187-JST<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO CRYSTAL DYNAMICS, INC.'S BILL OF COSTS**<br><br>[Dkt. 333]<br><br>*Filed concurrently with Plaintiffs' Objections to Bill of Costs* |

### DECLARATION OF JOSHUA M. MASUR

I, Joshua M. Masur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler LLP, attorneys of record for Rearden LLC and Rearden Mova LLC. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpted electronic mail chain between counsel for the parties, including meet and confer regarding Crystal's Bill of Costs under Civil Local Rule 54-2(b). I have excluded emails in the chain that predate the meet and confer process.

3. Attached hereto as Exhibit B is a true and correct copy of the draft objections that I emailed to counsel for Crystal on April 17, 2024.

4. Attached hereto as Exhibit C is a true and correct copy of a letter sent by counsel for Crystal on April 22, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of April, 2024, at Olympic Valley, California.

*/s/ Joshua M. Masur*
Joshua M. Masur