JOSHUA M. MASUR  (SBN 203510)
  *jmasur@zuberlawler.com*
**ZUBER LAWLER LLP**
2000 Broadway Street
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

Attorneys for Plaintiffs
Rearden LLC and Rearden Mova LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| REARDEN LLC and REARDEN MOVA LLC, California limited liability companies,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL DYNAMICS, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:17-cv-4187-JST<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE LATE REPLY BRIEF**<br><br>*Filed concurrently with Declaration of Joshua M. Masur and [Proposed] Order* |

On May 9, 2024, Plaintiffs filed their Motion to Re-Tax Costs, setting it for hearing on July 18, 2024. Dkt. 356. On May 13, 2024, at the request of counsel for Defendants, the parties stipulated to reschedule the hearing on that motion for June 20, 2024, in conjunction with Defendant's motion for attorneys' fees. Dkt. 358; *see also* Masur Decl., Exh. A at 5. On May 15, 2024, the Court ordered the hearing rescheduled accordingly. Dkts. 360. Both the stipulation and order noted that "rescheduling the hearing on Rearden's Motion to Re-Tax Costs will have no effect on the briefing schedule (the opposition is due on May 23, 2024, and the reply is due on May 30, 2024)." Dkt. 358 at 2, 360 at 2.

As this Court is aware, there is a separate case before this Court involving the same Plaintiffs and Plaintiffs' counsel, but different defendants, *Rearden LLC v. TWDC Enterprises 18*

*Corp. f/k/a The Walt Disney Company*, No. 4:22-cv-02464-JST (*Disney II*). In *Disney II*, the parties stipulated, and the Court ordered, that the deadline for Plaintiffs to file their opposition to those defendants' pending motion to dismiss be extended from May 30, 2024 to June 27, 2024. No. 4:22-cv-02464-JST, Dkts. 81, 82.

Because the original deadlines for Plaintiffs' reply in support of their Motion to Re-Tax Costs in this case and their opposition to the motion to dismiss in the *Disney II* case had fallen on the same day – May 30, 2024 – the undersigned mistakenly believed that no filing was due on May 30, 2024. When the undersigned realized his error in the morning of May 31, 2024, he contacted counsel for Defendant, asking if they would "agree to stipulate (or not oppose) us filing a brief reply today." Masur Decl., Exh. A at 2. Counsel for Defendant, *inter alia*, "as a professional courtesy agree[d] not to oppose any request by Rearden of the Court for permission to file late." *Id.*

Accordingly, Rearden respectfully and apologetically requests permission to file a Reply in Support of the Motion to Re-Tax Costs, a copy of which is attached to the Masur Declaration as Exhibit B.

Dated: May 31, 2024

Respectfully submitted,

**ZUBER LAWLER LLP**
JOSHUA M. MASUR

By:  */s/ Joshua M. Masur*
Attorneys for Plaintiffs
Rearden LLC and Rearden Mova LLC